IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

UNITED STATES OF AMERICA

VS.                              4:08CR00144 JTR

JEFFERY ALLEN EBERHARDT

## ORDER

This petty-offense case is set for a bench trial on June 5, 2008.  (Docket entry #6.) On May 21, 2008, the Government filed a Motion to Dismiss the Information pending against Defendant, because he has paid the citation.  (Docket entry #9.)

The Court will grant the Motion and dismiss this case.

IT IS THEREFORE ORDERED THAT the Government's Motion to Dismiss (docket entry #9) is GRANTED.

Dated this 23rd day of May, 2008.

_____
UNITED STATES MAGISTRATE JUDGE